UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTI PRODUCE-SAN FRANCISCO, INC., | No. C 11-04814 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CALIFORNIA HARVEST HEALTHY FOODS RANCH MARKET, INC., et al., | |
| Defendants. | |

The court conducted a hearing on Plaintiff's Motion for Entry of Default Judgment on April 12, 2012 in the above-entitled case. No appearance was made on behalf of Plaintiff Berti Produce-San Francisco, Inc. ("Berti Produce"). IT IS HEREBY ORDERED that by no later than April 19, 2012, Plaintiff Berti Produce shall file a letter with the court explaining its failure to appear at the hearing and why sanctions should not issue.

Further, the court orders that Plaintiff shall supplement its Motion for Entry of Default Judgment by no later than April 19, 2012, as follows: (1) Plaintiff must authenticate the invoices attached to the Declaration of Katy Koestner Esquivel; and (2) Plaintiff must provide proof substantiating invoice number 102674, totaling $477.50, and invoice number 108898, totaling $293.00. Plaintiff has included both invoices on a spreadsheet attached to the Esquivel Declaration,

yet has failed to attach copies of the invoices or provide some other form of proof to substantiate these sales.

IT IS SO ORDERED.

Dated: April 12, 2012

DONNA M. RYU
United States Magistrate Judge