UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTI PRODUCE-SAN FRANCISCO, INC., | No. C 11-04814 DMR |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CALIFORNIA HARVEST HEALTHY FOODS RANCH MARKET, INC., et al., | |
| Defendants. _____/ | |

On April 13, 2012, Plaintiff Berti Produce-San Francisco, Inc. filed a response to the Order to Show Cause issued April 12, 2012. Good cause appearing, the Order to Show Cause is hereby DISCHARGED.

Upon receipt of the supplemental materials required by the court's April 12, 2012 Order, the court will either issue an order setting a further hearing on Plaintiff's motion for default judgment or take the matter under submission.

IT IS SO ORDERED.

Dated: April 13, 2012

_____
DONNA M. RYU
United States Magistrate Judge